AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| KAUNG MYAT KYAW | ) | 21-2228 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of September 2020 to November 2021 in the county of Allegheny in the Western District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) and 2 | Did use a facility or means of interstate and foreign commerce, the Internet and the cellular telephone, to knowingly persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, and attempted to do so, in violation of 18, United States Code, Sections 2422 (b) and 2. |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Samantha Shelnick
*Complainant's signature*

Samantha Shelnick, Special Agent, FBI
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 11/18/2021

*Judge's signature*

City and state: Pittsburgh, Pennsylvania      Maureen P. Kelly, US Magistrate Judge
*Printed name and title*