AO 442 (Rev. 11/11) Arrest Warrant (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| KAUNG MYAT KYAW | ) Case No. 21-2228 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Kaung Myat Kyaw ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Coercion and enticement of a minor to engage in sexual activity for which any person can be charged with a criminal offense, and attempt to do so, in violation of 18 U.S.C. §§ 2422(b) and 2.

Date: 11/18/2021

*Issuing officer's signature*

City and state: Pittsburgh, Pennsylvania     Maureen P. Kelly, U.S. Magistrate Judge

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Kaung Myat Kyaw

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                              Weight:

Sex:                                                 Race:

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: