IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 21-2228 |
| KAUNG MYAT KYAW | |

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Samantha Shelnick, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), assigned to the FBI Pittsburgh, Pennsylvania office. I have been so employed since March 2016. As part of my duties, I investigate violations of federal law, including the online exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors, and the interstate travel by adults for the purpose of engaging in unlawful sexual acts with children. I have gained expertise in the conduct of such investigations through training in the area of child pornography and child exploitation investigations in my everyday work related to conducting these types of investigations, and I have had the opportunity to observe and review numerous examples of child pornography in a variety of media, including computer media. By virtue of my FBI employment, I perform and have performed a variety of investigative tasks, including the execution of federal search warrants and seizures, and the identification and collection of computer-related evidence. I have personally participated in the execution of numerous federal arrest warrants, search warrants involving the

1

search and seizure of computer equipment in cases involving the possession, distribution, receipt, and production of material depicting the sexual abuse of children, as well as those involving violations of Title 18, United States Code, Sections 2422(b)—an offense involving the enticement and coercion of a minor to engage in sexual activity for which any person can be charged with a criminal offense, or the attempt to do so, and 18 U.S.C. § 2—an offense of aiding and abetting.

2. I know that Title 18, United States Code, Section 2422(b) makes it a crime to use a facility or means of interstate commerce, such as the Internet or cellular telephone network, to knowingly attempt to persuade, induce, entice, or coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

3. I am aware that Pennsylvania prohibits a person from intentionally contacting a minor for the purpose of engaging in any one or more of the activities prohibited in Chapter 31 of Pennsylvania's Crime Code, 18 Pa. C.S. § 6312(b)(1), Any person who causes or knowingly permits a child under the age of 18 years to engage in a prohibited sexual act or in the simulation of such act commits an offense if such person knows, has reason to know, or intends that such act may be photographed, videotaped, depicted on computer or filmed. Similarly, it is a crime under federal law to employ, use, persuade, induce, entice, or coerce any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer.

*See* 18 U.S.C. § 2251(a).

4. This affidavit is submitted in support of a criminal complaint and arrest warrant against defendant, KAUNG MYAT KYAW, hereinafter referred to as KYAW, charging him with a violation of 18 U.S.C. §§ 2422(b) and 2.

5. I am familiar with the facts and circumstances set forth in this affidavit by reason of my participation in an investigation conducted by the FBI Pittsburgh Violent Crimes Against Children and Human Trafficking Task Force, information received from other criminal investigators, review of search warrant data, and my participation in an interview with KYAW. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation.

6. In summary, the following affidavit sets forth facts establishing probable cause to believe that KYAW used, from in and around September 2020 through November 2021, a facility of interstate commerce, that is the Internet and a cellular telephone network, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in unlawful sexual activity, and attempt to do so. KYAW utilized a social media Internet application known as Snapchat. Since approximately September 2020, KYAW has orchestrated and/or participated in an endeavor to entice, coerce, and extort females who were under the age of 18 to produce still images and videos depicting their sexual exploitation. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. §§ 2422(b) and 2 has been committed by KYAW.

## PROBABLE CAUSE

7. In August 2021, FBI Pittsburgh was alerted to several ongoing investigations

involving social media usernames "savnxh", "jokerxkris", and others, orchestrating the ongoing production of material depicting the sexual exploitation of minors and the sextortion of dozens of minor victims throughout the United States and overseas. Further investigation and coordination revealed that there are ongoing investigations in Fairfax County, Virginia and Buffalo, New York, among others.

8. Initial analysis of data returned for the above social media accounts indicated that several suspect accounts were accessed from the Internet Protocol (IP) address 71.112.195.35, among others. This IP address, as well as at least one other used to login to a suspect account, resolved to a residence located at 621 Jefferson Road, Pittsburgh, Pennsylvania 15235.

9. Law enforcement officers in Fairfax County, Virginia, advised your affiant that in September 2020, a Fairfax County, Virginia resident reported to the Fairfax County Police Department that their 16-year-old daughter, hereafter referred to as "VICTIM 1," reported that she was extorted for sexually explicit images. VICTIM 1 explained that the individual solicited her for sexually explicit images after learning VICTIM 1 was a minor.

10. VICTIM 1 identified the first Snapchat account via which they communicated as "savnxh." VICTIM 1 eventually blocked this Snapchat account. The individual created another Snapchat account, "jokerxkris," and again messaged VICTIM 1. The individual threatened to distribute VICTIM 1's stored sexually explicit images to her social media contacts if she did not send additional sexually explicit images. The individual demanded VICTIM 1 create several videos and provided directions as to content, such as: "play with ur boobs and pussy a little," and "turn around and spread ur asscheeks and show me." Later in the conversation, the individual directed VICTIM 1 to insert a hairbrush into her vagina and to look at the camera so the individual could see it. The individual made several other sexually explicit demands to VICTIM 1 throughout

4

the conversation.

11.     VICTIM 1 believed she sent a total of approximately twenty sexually explicit videos and images to the individual.

12.     In April 2021, FBI Buffalo was contacted by the Monroe County Sheriff's Office in Rochester, New York, after being contacted by a local victim ("VICTIM 2"), a 15-year-old girl living near Rochester, New York. VICTIM 2 reported that an unknown individual gained unauthorized access to her Snapchat account and used this access in an attempt to extort her into sending nude photographs of herself.

13.     VICTIM 2 was thereafter interviewed by Special Agents of the Buffalo FBI office. VICTIM 2 told FBI agents that in early March 2021, VICTIM 2 received a phishing text message claiming to be from Snapchat. "Phishing" is the fraudulent practice of sending communications purporting to be from reputable sources, in order to induce individuals to reveal personal information, such as passwords. The text message claimed that someone had gained unauthorized access to VICTIM 2's Snapchat account. VICTIM 2 followed the instructions provided in the text message and unknowingly provided her Snapchat username and password to the individual. VICTIM 2 later confirmed that Snapchat had not sent the text message. At around this same time, VICTIM 2 received a friend request from a Snapchat user "krxs.com." VICTIM 2 accepted the friend request.

14.     On or about March 25, 2021, VICTIM 2 received a Snapchat message from the "krxs.com" Snapchat account. The individual claimed he hacked VICTIM 2's Snapchat account and that he accessed VICTIM 2's nude photographs. VICTIM 2 kept several nude photographs in a restricted folder on her Snapchat account known as the "My Eyes Only" folder. To prove that he accessed VICTIM 2's account, the individual sent VICTIM 2 a screenshot of her profile user

page and all of her Snapchat friends – which can only be accessed by the account holder. The individual also sent VICTIM 2 a MEGA link containing the nude photographs that VICTIM 2 kept in her "My Eyes Only" folder. "MEGA" is a cloud-based storage and hosting company where users can upload files and images. It is often used to store and share child sexual abuse material. VICTIM 2 confirmed that she only stored her nude photographs on her Snapchat account. This reasonably suggests that the individual successfully accessed VICTIM 2's account, downloaded her nude photographs and uploaded them to a MEGA site that he controlled.

15. The individual informed VICTIM 2 that if she did not send additional photographs and videos, he/she would post her nude photographs all over the Internet and send them to her school friends. During this conversation, the individual made the following statements:

> **krxs.com:** "I hacked for your nudes. If you block me, I will send them to everyone even your friends from school. I will post them on the internet along with you social infos. If you do not want that to happen, you have to make a deal with me!"
>
> **krxs.com:** "be good for 7 days, I don't like late replies, give me a good time and I delete your shit and move on to a new girl."
>
> **krxs.com:** "i like having control, it turns me on. u know the joker, im a psychopath like him but a perverted one. i do deal with girls".

16. Before VICTIM 2 sent any additional photographs to the individual, the VICTIM's mother discovered what was happening and contacted the Monroe County Sheriff's Office.

17. On today's date, November 18, 2021, investigators from the FBI Pittsburgh Violent Crimes Against Children and Human Trafficking Task Force served a search warrant on the residence located at 621 Jefferson Road, Pittsburgh, Pennsylvania 15235, pursuant to a search warrant issued by this Court at Magistrate No. 2:21-mj-02207, on November 17, 2021. This search

warrant affidavit stipulated that there was probable cause to believe that the alleged offenses were at least in part perpetrated at this Pittsburgh residence.

18. During the execution of the search warrant, resident KAUNG MYAT KYAW agreed to speak with investigators including your affiant. Prior to answering questions, KYAW agents and officers advised KYAW that his statements were voluntary and that he was free to leave the residence at any time. KYAW acknowledged this and agreed to speak with investigators.

19. KYAW advised investigators that he learned how to hack Snapchat accounts from an unknown co-conspirator on an unknown forum. KYAW then agreed to provide to the unknown co-conspirator pictures and videos of nude females under the age of 18 after KYAW successfully accessed the minor females' Snapchat accounts. KYAW explained the exact process as follows: KYAW would send a text message as "fake Snapchat" to the minor female stating there was suspicious activity on the minor female's Snapchat account and in order to reset it, the minor female was required to provide a passcode to reset account access.

20. In several instances, the minor females provided to KYAW the reset passcode, which he then used to reset the password of the minor female's Snapchat account. KYAW then accessed the Snapchat accounts. In some of the accounts, KYAW accessed nude pictures and videos of the minor females. Per the above-mentioned agreement, KYAW would provide these nude pictures and videos to the unknown co-conspirator. KYAW would provide this material to his unknown co-conspirator, knowing that the unknown co-conspirator would use them, in part, to entice, induce, and extort the minor females to produce and distribute additional sexually explicit material of themselves. KYAW would do this in exchange for the co-conspirator sending him the newly produced and/or received sexually explicit images and videos of the minor females he extorted from them.

21. In some instances, in order to test the veracity of the unknown co-conspirator, KYAW would log into the unknown co-conspirator's Snapchat accounts, including the "savannah" and "jokerkris" Snapchat accounts. As previously mentioned, these were two accounts used to victimize VICTIM 1. Once in his unknown co-conspirator's Snapchat accounts, KYAW would test his unknown co-conspirator by asking the minor females to send him "nudes." KYAW knew that his unknown co-conspirator had successfully exploited the minor female when she would send KYAW a nude picture or video.

22. Since KYAW accessed his unknown co-conspirator's Snapchat accounts, he saw that his unknown co-conspirator sometimes asked the minor females to perform and record, via picture or video, sexually explicit acts and send them to him. KYAW stated that his unknown co-conspirator also sometimes made the minor females conduct acts involving their own urine and feces.

23. KYAW also commented that "they" would receive images and/or videos from minor females every day, sometimes multiple times a day. Additionally, KYAW stated that his unknown co-conspirator sent him media involving a new victim once a week. KYAW also stated that he would successfully access a new victim Snapchat account once a week, sometimes after attempting to access multiple accounts. As an example, KYAW stated that in one week, he was able to access a victim Snapchat account after attempting to access ten other victim accounts.

24. On September 16, 2021, Fairfax County Police sent a search warrant to Apple requesting data associated with the Apple account registered in the name "Kaung Myat Kyaw," with the email address kaungmyatkyaw1111@gmail.com and residence address 621 Jefferson Road, Penn Hills, Pennsylvania 15235. During the interview with investigators on November 18, 2021, KYAW told your affiant that his email address is kaungmyatkyaw1111@gmail.com and

that he used to register his single Apple account using this email address. KYAW also stated that he is the only person who accessed and accesses his Google email and Apple accounts.

25. During the course of the investigation your affiant reviewed reviewed the contents of Kyaw's Apple iCloud account. In the account's deleted "Notes", was a "script" with instructions purportedly from the Snapchat Support Team. Four versions of this "script" were uploaded to the iCloud account between July 30, 2021 and September 9, 2021. The "script" states the writer is from the "Snapchat Support Team" and is telling the user that their Snapchat account was accessed by an unauthorized person. The "Snapchat Support Team" then requests the user to provide their Snapchat account password and the "My Eyes Only" passcode to unlock and prevent their Snapchat account from being deleted. This script appears to be similar to the correspondence VICTIM 2 described receiving from the SUBJECT before he/she gained unauthorized access to her Snapchat account and "My Eyes Only" folder.

26. One of these Snapchat scripts listed a Snapchat username for which investigators were able to determine the true identity. The true identity is a sixteen-year-old female who lives in Presto, Pennsylvania, which is located in the Western District of Pennsylvania. Upon interviewing the minor female, she showed your affiant two text messages she received on May 22, 2021, from an unknown phone number. The messages depict the information listed in the scripts found in KYAW's Apple iCloud account.

27. Investigators reviewed KYAW's cellular devices while in his home executing the search warrant on November 18, 2021. Similarly, the "Notes" section of KYAW's Black Apple iPhone 7 with IMEI 359463086260368 cellular device revealed Snapchat "scripts" which listed the same IP address which was sent to the minor female in Presto, Pennsylvania. The date of this note was November 14, 2021.

## CONCLUSION

28.  Considering all of the foregoing, there is probable cause to believe that from in and around September 2020 and continuing thereafter ~~until in~~ and around November 2021, in the Western District of Pennsylvania, *and elsewhere*, the defendant, KAUNG MYAT KYAW, did use a facility or means of interstate commerce, that is the Internet and a cellular telephone network, to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so, in violation of 18 U.S.C. §§ 2422(b) and § 2.

29.  The above information is true and correct to the best of my knowledge, information, and belief.

/s/ Samantha Shelnick
SAMANTHA SHELNICK
Special Agent, FBI

Sworn and subscribed before me, by telephone
pursuant to Fed. R. Crim. P. 4.1(b)(2)(A),
this 18th day of November, 2021.

_____
HONORABLE MAUREEN P. KELLY
United States Magistrate Judge